# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | |
|---|---|
| **PLAINTIFFS,** ) | **MDL No.: 2873** |
| ) | |
| **Plaintiffs**, ) | |
| ) | **Civil Action No.:** |
| v. ) | |
| ) | |
| **3M COMPANY** f/k/a Minnesota ) | **Master Docket No.: 2:18-mn-2873** |
| Mining and Manufacturing Company; ) | |
| **AGC CHEMICALS AMERICAS INC.;** ) | |
| **AMEREX CORPORATION;** ) | **JUDGE RICHARD GERGEL** |
| **ARKEMA INC.; ARCHROMA U.S.** ) | |
| **INC.; BASF CORPORATION;** ) | |
| **BUCKEYE FIRE EQUIPMENT** ) | **DIRECT FILED SHORT FORM** |
| **COMPANY; CARRIER GLOBAL** ) | **COMPLAINT AND JURY DEMAND** |
| **CORPORATION; CHEMDESIGN** ) | **PURSUANT TO CASE MANAGEMENT** |
| **PRODUCTS, INC;** ) | **ORDER NO. 35** |
| **CHEMGUARD, INC.; CLARIANT** ) | |
| **CORPORATION; CORTEVA, INC.;** ) | |
| **DEEPWATER CHEMICALS, INC.;** ) | |
| **DUPONT DE NEMOURS INC., f/k/a** ) | |
| **DOWDUPONT, INC.; DYNAX** ) | |
| **CORPORATION; E.I. DUPONT DE** ) | |
| **NEMOURS AND COMPANY,** ) | |
| individually and as successor in interest ) | |
| to DuPont Chemical Solutions ) | |
| Enterprise; **NATIONAL FOAM, INC.;** ) | |
| **THE CHEMOURS COMPANY,** ) | |
| individually and as successor in interest ) | |
| to DuPont Chemical Solutions ) | |
| Enterprise; **THE CHEMOURS** ) | |
| **COMPANY FC, LLC,** individually and ) | |
| as successor in interest to DuPont ) | |
| Chemical Solutions Enterprise; **TYCO** ) | |
| **FIRE PRODUCTS L.P.; UTC FIRE &** ) | |
| **SECURITY AMERICAS** ) | |
| **CORPORATION, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction base on:

    a. __ Diversity

    b. ___ Federal Question

    c. _X_ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    d. ___ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    a. Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

    b. Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    c. Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a. Kidney Cancer

   b. Testicular Cancer

   c. Thyroid Disease

   d. Ulcerative Colitis

   e. Liver Cancer

   f. Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design

   Count II – Failure to Warn

   Count III – Negligence

   Count IV – Negligence Per Se

   Count V – Trespass and Battery

   Count VI – Strict Product Liability

   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

   Count VIII – Concealment, Misrepresentation, and Fraud

   Count IX – Conspiracy

   Count X – Wrongful Death

       Count XI – Loss of Consortium

       <u>Other Causes of Action:</u>

       Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

### **<u>Jury Demand</u>**

10.    Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 2, 2025                          Respectfully submitted,

                                                               Mark M. Abramowitz
                                                               Michael P. Trexler
                                                               **DiCELLO LEVITT LLP**
                                                               8160 Norton Parkway, Third Floor
                                                               Mentor, Ohio 44060
                                                               (440) 953-8888
                                                                mabramowitz@dicellolevitt.com
                                                                mtrexler@ dicellolevitt.com

                                                                *Counsel for Plaintiff*

| # | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | James Bingham | 3/8/1953 | North Carolina | Western District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Roxanne Bingham | | | | | | | | XI |
| 3 | James Cecil Marbury | 8/1/1969 | Alabama | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Kayshone Marbury | | | | | | | | XI |
| 5 | James Cliffton Riley | 11/8/1964 | Texas | Western District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6 | James Dana Harris | 1/20/1965 | Texas | Northern District of Texas | No | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Kerri Harris | | | | | | | | XI |
| 8 | James Francis O'Neil | 12/10/1946 | California | Northern District of California | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Melody Maguire | | | | | | | | XI |
| 10 | James Green | 2/24/1966 | Arizona | District of Arizona | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11 | James Hughey | 4/14/1962 | Georgia | Northern District of Georgia | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | James Jameson | 3/21/1964 | California | Eastern District of California | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13 | Helen Felery | | | | | | | | XI |
| 14 | James John Taliano | 10/8/1984 | Indiana | Northern District of Indiana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15 | James K. Lambert | 10/5/1967 | Washington | Eastern District of Washington | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | James Kist | 9/1/1982 | Montana | District of Montana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17 | James Long | 3/19/1966 | Kentucky | Western District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Andrea Long | | | | | | | | XI |
| 19 | James Muller | 3/20/1970 | California | Southern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20 | James Newel | 1/14/1956 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21 | James R. Scott | 1/31/1966 | California | Central District of California | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22 | James Sperry | 4/29/1956 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | James T Hurnicutt | 6/27/1952 | Virginia | Eastern District of Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | James Taylor | 11/6/1990 | Texas | Northern District of Texas | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25 | James Timothy Logan | 10/1/1952 | Missouri | Western District of Missouri | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26 | Kelly Logan | | | | | | | | XI |
| 27 | James Timothy Townsend | 7/27/1961 | Mississippi | Northern District of Mississippi | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Mary Townsend | | | | | | | | XI |
| 29 | James William Davis | 4/28/1964 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | James Wright | 6/4/1951 | Texas | Eastern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31 | Jamie Earl Stoudemire | 5/1/1975 | North Carolina | Western District of North Carolina | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32 | Bernadine Stoudemire | | | | | | | | XI |
| 33 | Jamie Vincent Clark | 8/4/1977 | Florida | Middle District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34 | Jarret Robins | 4/29/1974 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35 | Blanca Estela Robins | | | | | | | | XI |
| 36 | Jasmine Dannille Hamilton | 3/25/1985 | Virginia | Eastern District of Virginia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37 | Jason Jones | 7/25/1971 | Oregon | District of Oregon | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Jason Scott Cummings | 2/19/1983 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39 | Candace Cummings | | | | | | | | XI |
| 40 | Jason Wade | 1/18/1975 | New York | Western District of New York | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41 | Jaycee Marie Killian | 5/21/1977 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42 | Kirk Killian | | | | | | | | XI |
| 43 | Jeffery Alan Brown | 11/21/1963 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44 | Jeffrey Lee Rice | 11/5/1985 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45 | Brianna Rice | | | | | | | | XI |
| 46 | Jeffrey Lynn McCarty | 1/22/1964 | Ohio | Southern District of Ohio | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47 | Jeffrey Patrick Treveal | 7/18/1957 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48 | Jeffrey S. Griffin | 2/6/1962 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | Jeremiah B. Pemberton | 7/8/1973 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50 | Jeremey Armendarez | 7/18/1983 | Texas | Western District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | Q1 | Q2 | Q3 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Kristy Armendarez | | | | | | | | XI |
| 52 | Jeremiah Lemuel Fluellen | 11/9/1962 | Georgia | Northern District of Georgia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53 | Jerry Dwayne Mehang | 4/23/1968 | Arkansas | Eastern District of Arkansas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Jerry Griffin | 9/17/1964 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Stacy Griffin | | | | | | | | XI |
| 56 | Jerry Mills | 5/25/1959 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57 | Leslie Caron Mills | | | | | | | | XI |
| 58 | Jesse James Giddeon | 12/23/1959 | Alabama | Middle District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59 | Jesse Robertson | 12/31/1974 | Texas | Northern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Kristina Robertson | | | | | | | | XI |
| 61 | Jessica De La Rosa | 6/18/1983 | Alabama | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62 | Jessica Hall | 9/30/1981 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Jessie Mae Stone | 12/13/1955 | Georgia | Northern District of Georgia | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Westley Stone | | | | | | | | XI |
| 65 | Jim Edd Gibson | 4/16/1947 | Georgia | Southern District of Georgia | Yes | Yes | No | Kidney Cancer; Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | Jimmie Daniel | 9/11/1947 | Texas | Northern District of Texas | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Jimmy Lee Johnson | 10/24/1963 | Florida | Southern District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | Jimmy W. Ashley | 10/17/1972 | Colorado | District of Colorado | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Joanne Flip Hirst | 11/15/1951 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70 | John Butler | 12/5/1980 | Oklahoma | Eastern District of Oklahoma | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Candace Butler | | | | | | | | XI |
| 72 | John Edward Creitz | 3/28/1949 | Alabama | Northern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | John Fitzgerald | 11/3/1956 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | John Fordyce | 5/28/1976 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | John Frederick Schlemmer | 12/26/1963 | Missouri | Western District of Missouri | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Melinda Schlemmer | | | | | | | | XI |
| 77 | John Fuller Paull | 11/7/1944 | Texas | Eastern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Debby Paull | | | | | | | | XI |
| 79 | John Goodwin | 4/8/1966 | Arkansas | Western District of Arkansas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80 | John Haight | 9/13/1964 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | John Joseph Ducham | 5/2/1957 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82 | John Joseph Reyes | 2/9/1950 | Indiana | Southern District of Indiana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83 | John Madijan | 3/29/1964 | Texas | Western District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | John Madri | 4/1/1941 | California | Eastern District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | John Oscar Youngkin | 9/23/1964 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86 | Jackie Youngkin | | | | | | | | XI |
| 87 | John R. Martin | 9/26/1956 | North Carolina | Eastern District of North Carolina | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | John T Wiechec | 3/30/1954 | Idaho | District of Idaho | Yes | Yes | No | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Denise Wiechec | | | | | | | | XI |
| 90 | John Willis | 6/23/1954 | Kentucky | Western District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Johnn Quentis Bennett | 4/24/1968 | Virginia | Eastern District of Virginia | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92 | Nina Bennett | | | | | | | | XI |
| 93 | Johnny Edward Boshart Jr. | 8/16/1969 | Texas | Eastern District of Texas | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | Vicki Boshart | | | | | | | | XI |
| 95 | Johnny Mike Bolton | 6/3/1948 | Alabama | Northern District of Alabama | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96 | Nancy Bolton | | | | | | | | XI |
| 97 | Johnny Ray Worsham | 10/2/1964 | Louisiana | Western District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98 | Johnny Wayne Anderson | 2/10/1955 | Texas | Northern District of Texas | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99 | Cecilia Anderson | | | | | | | | XI |
| 100 | Jon Eric Valentine | 9/30/1958 | Michigan | Eastern District of Michigan | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101 | Jonathan Blake Cullifer | 4/25/1974 | California | Eastern District of California | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102 | Jonathan Glenn Rhine | 8/23/1981 | Texas | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Jonathan Stover | 9/27/1995 | Ohio | Southern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104 | Jon-Eric Clark | 9/11/1985 | Virginia | Eastern District of Virginia | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | Jordan Erik Taylor | 10/3/1981 | California | Central District of California | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | Mallory Taylor | | | | | | | | XI |
| 107 | Jordyn Rene Klein | 6/25/1972 | Oklahoma | Western District of Oklahoma | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108 | Jorge Avila | 8/27/1985 | California | Central District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109 | Teresa Avila | | | | | | | | XI |

| # | Name | DOB | State | District | Col5 | Col6 | Col7 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Jose Roy Canlas | 2/19/1958 | California | Northern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111 | Joseph Brian Layson | 8/29/1972 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112 | Joseph Martin Yonek Jr. | 11/2/1970 | Illinois | Northern District of Illinois | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Juliet Civiello Yonek | | | | | | | | XI |
| 114 | Joseph Michael Torok | 7/25/1964 | Ohio | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115 | Joseph Schuster Jr | 9/16/1981 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116 | Joseph Tatum III | 12/8/1989 | Georgia | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117 | Juan Alfredo Martinez | 4/21/1968 | Texas | Western District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118 | Melissa Martinez | | | | | | | | XI |
| 119 | Juan Jose Almaguer | 1/18/1961 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120 | Juan P. Harney | 10/13/1964 | Texas | Eastern District of Texas | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121 | Judy Ann Pritchett | 11/3/1966 | Texas | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122 | Russell J. Pritchett Sr. | | | | | | | | XI |
| 123 | Julie Renee Rideeoutte | 11/16/1980 | Missouri | Western District of Missouri | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | Jack Rideeoutte | | | | | | | | XI |
| 125 | Justin Louis Mooney | 11/13/1987 | Ohio | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126 | Justin Potter | 7/17/1983 | Washington | Western District of Washington | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127 | Kadella Denise Dawson | 9/8/1951 | Georgia | Southern District of Georgia | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128 | Karl Youngquist | 3/22/1975 | California | Central District of California | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129 | Katesha Shamone Goodson | 11/14/1973 | Virginia | Eastern District of Virginia | Yes | No | No | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130 | Shedrick June | | | | | | | | XI |
| 131 | Kathryn O. Meadnis | 11/5/1979 | Arizona | District of Arizona | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132 | Kayla Jean Smith | 5/14/1991 | Alabama | Middle District of Alabama | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133 | Kenard Aaron Henderson | 9/16/1978 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134 | Naomi Henderson | | | | | | | | XI |
| 135 | Kendrick Cortas Barnum | 6/29/1987 | Texas | Northern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136 | Tanisha Barnum | | | | | | | | XI |
| 137 | Kenneth Arty | 11/13/1952 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138 | Kenneth M. Blackwell | 1/29/1975 | Oklahoma | Western District of Oklahoma | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139 | Kenneth Smith | 6/23/1983 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140 | Kenneth Trudeau Sr. | 12/7/1962 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141 | Mercedes Trudeau | | | | | | | | XI |
| 142 | Kent Buckley | 9/1/1957 | California | Central District of California | Yes | No | No | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143 | Kerry Norcross | 11/3/1965 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144 | Kevin Christopher Paul | 3/24/1970 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145 | Kevin Coffey | 4/6/1957 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146 | Joni Coffey | | | | | | | | XI |
| 147 | Kevin Elville Potter | 9/23/1984 | New Jersey | District of New Jersey | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148 | Kevin Lamont Moorehead | 2/28/1963 | Missouri | Eastern District of Missouri | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149 | Kevin Mitchael | 5/25/1978 | Arkansas | Western District of Arkansas | Yes | No | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150 | Kevin Richard Lacey II | 7/16/1991 | Alabama | Southern District of Alabama | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |